UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-20808 |
| New Streamwood Lanes, Inc. | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER APPROVING NOTICE AND SETTING VOTING AND OBJECTION DEADLINE**

IT IS HEREBY ORDERED:

1. The notice given by the Debtor of the January 10, 2017, hearing on the Fifth Amended Plan and Fifth Amended Disclosure Statement, with copies of the said Plan and Disclosure Statement, is approved.

2. The final date on which any creditor may vote or file an objection with respect to the Fifth Amended Plan is January 3, 2017.

Enter:

Honorable Timothy A. Barnes

United States Bankruptcy Judge

Dated:  December 14, 2016

**Prepared by:**