# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| New Streamwood Lanes, Inc., | ) | Bankruptcy No. 14 B 20808 |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |
| | ) | |

To:  See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **August 16, 2017,** at the hour of 10:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Timothy A. Barnes in Courtroom 642 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Entry of Final Decree** a copy of which is hereby served upon you.  You may appear if you so choose.

> David P. Lloyd, Ltd.
> 615B S. LaGrange Rd.
> LaGrange IL  60525
> 708-937-1264
> Fax: 708-937-1265

## CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated by insertion of an e-mail address, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 3rd day of August, 2017.

> _____/s/ David P. Lloyd_____
> David P. Lloyd

Document      Page 2 of 5

New Streamwood Lanes
Case 14-20808

Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Francisco Connell**    fconnell@chuhak.com, hcummins@chuhak.com

- **Michael Kelly**    michael.kelly@usdoj.gov, MRavelo@usa.doj.gov

- **Ryan Kim**    inseedlaw@gmail.com, rjkparalegal@gmail.com

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

- **David P Lloyd**    courtdocs@davidlloydlaw.com

- **Eileen M Sethna**    esethna@chuhak.com, rsaldivar@chuhak.com;mreyes@chuhak.com

- **Miriam R. Stein**    mstein@chuhak.com, dgeorge@chuhak.com;vjefferson@chuhak.com

```
New Streamwood Lanes, Inc., Debtor        Byline Bank F/K/A North Community Bank      New Streamwood Lanes, INC.
Service List                              Chuhak & Tecson, P.C. c/o Miriam Stein      1232 E. Irving Park Rd.
Case 14-20808                             30 S. Wacker Drive                          Streamwood, IL 60107-3154
                                          Suite 2600
                                          Chicago, IL 60606-7512


North Community Bank successor in interest t   United States of America Small Business Admi   Waterfall Olympic Master Fund Grantor Trust,
c/o Chuhak & Tecson, P.C.                      United States Attorney's Office                 c/o Miriam R. Stein
Eileen M. Sethna                               219 South Dearborn                              30 South Wacker Drive, Suite 2600
30 S. Wacker Dr.                               Chicago, IL 60604-1708                          Chicago, IL 60606-7512
Suite 2600
Chicago, IL 60606-7512


Waterfall Olympic Master Fund Grantor Trust,   U.S. Bankruptcy Court                   Department of the Treasury
Chuhak & Tecson, P/C                           Eastern Division                        Internal Revenue Service
c/o Miriam R. Stein                            219 S Dearborn                          P.O. Box 7346
30 S. Wacker Drive, Suite 2600                 7th Floor                               Philadelphia, Pennsylvania 19101-7346
Chicago, IL 60606-7512                         Chicago, IL 60604-1702


EDENS BANK                                Eileen M Sethna                         IRS
3245 W LAKE AVE,                          Chuhak & Tecson PC                      PO BOX 804527
WILMETTE, IL 60091-1040                   30 S Wacker Drive                       CINCINNATI, OH 45280-4527
                                          Suite 2600
                                          Chicago, IL 60606-7512


Internal Revenue Service                  NORTH COMMUNITY BANK(after its merger of Ede   SOMERCOR 504, INC
Mail Stop 5014CHI                         3245 W LAKE AVE.                               601 S. LaSalle St. Suite 510
230 S. Dearborn Street, Room 2600         WILMETTE, IL 60091-1040                        Chicago, IL 60605-1726
Chicago, Illinois 60604-1705


STANLEY D SCHWARTZ                        Terence Vaughn                          US Small Business Administration
10 SOUTH LASALLE ST.                      40 W 686 McDonald Road                  Kate O'Loughlin
SUITE 3300                                Elgin, IL 60124-8603                    c/o US Small Business Administration
CHICAGO, IL 60603-1026                                                            500 W Madison Suite 1150
                                                                                  Chicago, IL 60661-2566


United States of America                  Waterfall Olympic Master Fund Grantor   Waterfall Olypic Master Fund
c/o Internal Revenue Service              Trust Series II as to Byline Bank       Grantor Trust Series II
219 S. Dearborn St.                       c/o Eileen M Sethna Chuhak & Tecson PC  PO Box 145404
Chicago, IL 60604-1708                    30 S Wacker Drive Suite 2600            Cincinnati, OH 45250-5404
                                          Chicago, IL 60606-7512


David P Lloyd                             Patrick S Layng                         Ryan Kim
David P. Lloyd, Ltd.                      Office of the U.S. Trustee, Region 11   Inseed Law PC
615B S. LaGrange Rd.                      219 S Dearborn St                       2454 E Dempster St Suite 301
LaGrange, IL 60525-6864                   Room 873                                Des Plaines, Il 60016-5304
                                          Chicago, IL 60604-2027
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| New Streamwood Lanes, Inc., | ) | Bankruptcy No. 14 B 20808 |
| | ) | Chapter 11 |
| Debtor | ) | Judge Timothy A. Barnes |

**MOTION FOR ENTRY OF FINAL DECREE**

NOW COMES the Debtor, New Streamwood Lanes, Inc., by and through its attorney, David P. Lloyd, and moves this honorable Court for entry of a final decree in this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on June 2, 2014. The Debtor's Plan was confirmed on March 9, 2017.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. All priority claims have been resolved.

4. The Debtor has made the first plan payment toward holders of general unsecured claims.

5. Evidence of the payments of the above are set forth on the attached exhibit.

6. Said payments constitute substantial consummation of the confirmed plan and this case should now be closed.

WHEREFORE the Debtor prays that the Court enter a final decree and direct the Clerk of the Court to close the case.

                Respectfully submitted,
                New Streamwood Lanes, Inc.,

        By:_____/s/ David P. Lloyd_____
                Its attorney

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265

4