UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 14-20808
New Streamwood Lanes, Inc.,  )
 ) Chapter: 11
 )
 ) Honorable Timothy Barnes
 )
Debtor(s)  ) Adv. No.:
 )
Plaintiff(s)  )
 )
Defendant(s)  )

**FINAL DECREE**

THIS CAUSE coming on to be heard on the Debtor's motion for entry of final decree, due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the Motion for Final Decree is granted.  The Clerk of Court is directed to close this case.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  August 16, 2017

**Prepared by:**

David P. Lloyd
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265